IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMUEL YONKER,

                                                                              ORDER

                  Plaintiff,

                                                          09-cv-357-bbc

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated July 14, 2009, Magistrate Judge Stephen Crocker gave plaintiff until July 31, 2009 to advise the court whether he wanted to proceed with his case. Plaintiff has failed to respond to the order. I will give plaintiff until August 31, 2009 to provide the information that the magistrate judge requested in the July 14 order. If plaintiff fails to provide the information by August 31, 2009, his case will be closed for his failure to prosecute.

ORDER

      IT IS ORDERED that plaintiff Samuel Yonker shall respond to the July 14, 2009

1

order not later than August 31, 2009. If he fails to do so, the clerk of court is directed to close this case.

 Entered this 11th day of August, 2009.

        BY THE COURT:

        /s/

        _____
        BARBARA B. CRABB
        District Judge